# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**

FEB 2 4 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　Case No.　　1:21-MJ-00085 BAM
RICHARD LIBRADO RICARDO,　　　)

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

　　The defendant must appear at:　**United States District Court, 2500 Tulare Street, Fresno, California**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Place*

　　on　　**3/10/2022 at 2:00 pm before the Duty Magistrate Judge**
　　　　　　　　　　　　　　　　　*Date and Time*

　　If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered

DEFENDANT'S RELEASE IS DELAYED UNTIL 8:00 AM ON 2/25/2022. DEFENDANT IS RELEASED AT SAID TIME DIRECTLY TO KEVIN MITCHELL, OFFICE OF THE FEDERAL DEFENDER, FOR TRANSPORT TO THE US MARSHAL SERVICE, FRESNO, FOR PROCESSING.

AO 199B (Rev. 09/08- EDCA [Fresno]) Additional Conditions of Release (General)                                Page 2 of 3 Pages

**RICARDO, Richard Librado**
**Doc. No. 1:21-MJ-00085-BAM**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

   Name of person or organization    Veronica Ann Madrigal

   who agrees (a) to supervise the/defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

   SIGNED: _____/s/ Madrigal_____
                                    CUSTODIAN

☑ (7) The defendant must:
  ☑ (a) report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations;
  ☑ (b) report telephonically to the Pretrial Services Agency on the first working day following your release from custody;
  ☑ (c) reside at a location approved by the PSO, and not change your residence unless otherwise approved in advance by PSO;
  ☑ (d) report any contact with law enforcement to your PSO within 24 hours;
  ☑ (e) cooperate in the collection of a DNA sample;
  ☑ (f) travel restricted to Eastern District of California and the Norther District of California, unless otherwise approved in advance by the pretrial services officer;
  ☑ (g) not associate or have any contact with active gang members outside of the Teen Challenge program unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
  ☑ (h) participate in the substance abuse treatment program at Teen Challenge inpatient facility and comply with all the rules and regulations of the program. You must remain in the inpatient facility until released by the Pretrial Services Officer; A responsible party approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing;
  ☑ (i) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;
  ☑ (j) submit to drug and/or alcohol testing as approved by the Pretrial Services Officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;
  ☑ (k) refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed and/or recommended, may not be used;
  ☑ (l) participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;
  ☑ (m) not apply for or obtain a passport or any other traveling documents during the pendency of this case; and,
  ☑ (m) appear before the Duty Magistrate Judge for a status review hearing on September 26, 2022, to review your progress at Teen Challenge.

## USMS SPECIAL INSTRUCTIONS:

  ☑ (n) have your release on bond delayed until Friday, February 25, 2022, at 8:00 a.m., at which time Kevin Mitchel from the Federal Defender's Office will transport you from the Fresno County Jail to the United States Marshals Service's Office for processing and then to the Teen Challenge program in Oakland, California.

1:21-CR-85 BAM (USA v. Richard Ricardo) Page 2

AO 98 (Rev. 12/11- EDCA [Fresno 11/13]) Appearance and Compliance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: X 2/24/2022

_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

Date: 2/24/2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 2/24/22

_____
Judge's signature